Mary HIANG and Consuella Terrell *v.* STATE of Arkansas

CR 04-74 146 S.W.3d 894

Supreme Court of Arkansas
Opinion delivered February 12, 2004

*Gregory E. Bryant*, for appellant.

No response.

PER CURIAM. Appellants Mary Hiang and Consuella Terrell, by and through their attorney, Gregory E. Bryant, have filed a motion for rule on clerk. Mr. Bryant admits responsibility for failing to timely file the record due to a mistake on his part.

■ We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re: Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) *(per curiam)*.

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.